# EXHIBIT "D"

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

MELISSA JONES,

      Plaintiff,

v.

IBY TRANSPORT, INC.;
SIARHEI BAZARSKI; and
SENTRY SELECT INSURANCE
COMPANY

      Defendants.

CIVIL ACTION
FILE NO.:  22A03313

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants IBY TRANSPORT, INC ("IBY"). SIARHEI BAZARSKI ("Bazarski"), and

SENTRY SELECT INSURANCE COMPANY ("Sentry") (hereinafter collectively referred to as

"Defendants"), by and through counsel, give notice of the filing of a Notice of Removal of the

above-styled civil action to the United States District Court, for the Northern District of Georgia,

Atlanta Division.  A copy of the Notice of Removal, excluding pleadings previously filed in this

matter, filed with the United States District Court is attached hereto as Exhibit "1".  Pursuant to

28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

Respectfully submitted this 6th day of October 2022.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Paschal Glavinos*
SCOTT W. MCMICKLE
Georgia Bar No. 497779
PASCHAL GLAVINOS
Georgia Bar No. 817127
***Attorneys for Defendants***

217 Roswell Road, Suite 200
Alpharetta, Georgia  30009
Telephone:  (678) 824-7800
Facsimile:  (678) 824-7801
swm@mkblawfirm.com
pglavinos@mkblawfirm.com

M0932115.1 16117

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date I have electronically filed the foregoing **NOTICE OF FILING NOTIVE OF REMOVAL** with the Clerk of the Court using the Odyssey EfileGA system, which will automatically send a notification attaching same thereon to the following counsel of record:

J. Martin Futrell
WLG ATLANTA, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
martin.futrell@witheritelaw.com

This 6th day of October 2022.

*/s/ Paschal Glavinos*
PASCHAL GLAVINOS
For the Firm

# EXHIBIT "1"

**Notice of Removal Filed in Federal Court**

**State Court Pleadings Previously Filed
Have been excluded from this Filing**